# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

**v.**

**JUAN NUNEZ**

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

M.J. No.: 2004-M-0509 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  In or about **December 2003** and continuing to in or about **October 2004**, in **Middlesex and Worcester** Counties, in the District of **Massachusetts** and in the **Eastern District of New York**, defendant did, (Track Statutory Language of Offense)

**Conspire to possess with intent to distribute and distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance**

in violation of Title **21** United States Code, Section **846, 841(a)(1)**

I further state that I am a(n) **Special Agent - DEA**

Official Title

and that this complaint is based on the following facts:

**See Attached Affidavit of Special Agent Calice Couchman.**

Continued on the attached sheet and made a part hereof:  [x] Yes [ ] No

Signature of Complainant
**Special Agent Calice Couchman**
**Special Agent, DEA**

Sworn to before me and subscribed in my presence,

**October 15, 2004** at 2:09 pm at **Boston, Massachusetts**

Date                        City and State

**ROBERT B. COLLINGS**
**United States Magistrate Judge**

Name and Title of Judicial Officer     Signature of Judicial Officer

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210