# FINANCIAL AFFIDAVIT

**IN UNITED STATES** ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**IN THE CASE OF:** US v.s. Juan Nunez

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Juan Nunez

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: 04-509
District Court:
Court of Appeals:

**CHARGE/OFFENSE:** ☑ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: JOE'S AUTO PARTS, BROOKLYN NY, 28TH @ FOURTH AV.
- IF YES, how much do you earn per month? $1,200/MO
- If married is your Spouse employed? ☑ Yes ☐ No — NOT YET EMPLOYED
- IF YES, how much does your Spouse earn per month? $ NOT

**OTHER INCOME**
- RECEIVED: — SOURCES: NONE

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No

**PROPERTY**
- VALUE: $6,000.00 — DESCRIPTION: CHEVROLET IMPALA 2000

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☑ MARRIED
- Total No. of Dependents: 3
- List persons you actually support: PAOLA FREY NUNEZ W, LICELIN NUNEZ DAU, ADONIS NUNEZ SON

**DEBTS & MONTHLY BILLS**
- APARTMENT OR HOME: RENT — Monthly Pay: $936.00
- CREDIT CARD

Total: $936.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 10/28/04

**SIGNATURE OF DEFENDANT:** Juan Nunez