A-1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### 225 CADMAN PLAZA EAST
### BROOKLYN, NEW YORK 11201

2004 OCT 22 P 1:03

**ROBERT C. HEINEMANN**
**CLERK**

**JAMES GIOKAS**
**CHIEF DEPUTY**

RE:  U.S.A.  vs.  Santiago et al    DATE: 10/18/04

Magistrate Docket Number: 04-1395M

Your District Docket Number: 04-509M

Dear Sir/Madam:

Enclosed please find copies of our entire file in the above captioned Rule 40 Removal proceeding regarding defendant:

Julio Santiago and Juan Nunez

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this letter signed and dated.

Respectfully,

Sui-May Yuen
Criminal Arraignments
(718) 260-2620

ACKNOWLEDGMENT_____

DISTRICT_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

2004 OCT 22 P 1:03

**ROBERT C. HEINEMANN**
**CLERK**

**JAMES GIOKAS**
**CHIEF DEPUTY**

DATE: 10/18/04

RE:   U.S.A.   vs.   Santiago et al

Magistrate Docket Number: 04-1395M

Your District Docket Number: 04-509M

Dear Sir/Madam:

Enclosed please find copies of our entire file in the above captioned

Rule 40 Removal proceeding regarding defendant:

Julio Santiago and Juan Nunez

Please acknowledge receipt of same by mailing back to our office the

enclosed copy of this letter signed and dated.

Respectfully,

Sui-May Yuen
Criminal Arraignments
(718) 260-2620

ACKNOWLEDGMENT_____

DISTRICT_____

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:04-mj-01395-RML-ALL
# Internal Use Only

Case title: USA v. Santiago et al          Date Filed: 10/15/2004

Assigned to: Magistrate-Judge
Robert M. Levy

**Defendant**

----------------------

**Julio Carrion Santiago** (1)          represented by   **Douglas G. Morris**
*TERMINATED: 10/15/2004*                                 The Legal Aid Society
                                                        Federal Defender Division
                                                        16 Court Street
                                                        Brooklyn, NY 11201-4859
                                                        718-330-1200
                                                        Fax: 718-855-0760
                                                        Email: douglas_morris@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

----------------------

None



A TRUE COPY
DATED ........................ 20 ....
ROBERT C. HEINEMANN
BY ........................ CLERK

## Highest Offense Level (Opening)

None

| Terminated Counts | Disposition |
|---|---|
| None | |

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Magistrate-Judge Robert M. Levy

**Juan Nunez** (2)
*TERMINATED: 10/15/2004*

represented by **Richard Palma**
432 Park Avenue South
Suite 700
New York, NY 10016
212-686-8111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Opening) |
|---|
| None |

| Terminated Counts | Disposition |
|---|---|
| None | |

| Highest Offense Level (Terminated) |
|---|
| None |

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**
--------------------

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2004 | 1 | RULE 5 AFFIDAVIT/Removal to the District of Massachusetts as to Julio Carrion Santiago and Juan Nunez. (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 2 | Minute Entry for proceedings held before Robert M. Levy :Initial Appearance in Rule 40 Proceedings as to Juan Nunez held on 10/15/2004 (Tape #04/207 (3751-4263).) AUSA Robert Capers present. Dft present w/ cja counsel Richard Palman. Spanish int. present. Dft arraigned on the removal complaint. Dft waived identity hearing and consent to being removed in marshals custody. Order of commitment entered. (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 3 | WAIVER of Rule 40 Hearings by Juan Nunez (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Juan Nunez. Defendant committed to District of Massachusetts . Signed by Judge Robert M. Levy on 10/15/04. (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 5 | CJA 23 Financial Affidavit by Juan Nunez (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 6 | CJA 20 as to Juan Nunez : Appointment of Attorney Richard Palma for Juan Nunez . Signed by Judge Robert M. Levy on 10/15/04. (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 7 | Minute Entry for proceedings held before Robert M. Levy :Initial Appearance in Rule 40 Proceedings as to Julio Carrion Santiago held on 10/15/2004 |

| | | |
|---|---|---|
| | | (Tape #04/207 (4263-5124).) AUSA Robert Capers present. Dft present w/ legal aid counsel Doug Morris. Spanish int present. Dft arraigned on the removal complaint. Dft waived identity hearing and consent to be removed to Mass. in the custody of the US Marshals. Order of commitment entered. (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Julio Carrion Santiago. Defendant committed to District of Massachusetts . Signed by Judge Robert M. Levy on 10/15/04. (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | 10 | CJA 23 Financial Affidavit by Julio Carrion Santiago (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/15/2004 | | ***Case Terminated as to Julio Carrion Santiago, Juan Nunez, ***Terminated defendant Juan Nunez and Julio Carrion Santiago, (Yuen, Sui-May) (Entered: 10/18/2004) |
| 10/18/2004 | 8 | WAIVER of Rule 40 Hearings by Julio Carrion Santiago (Yuen, Sui-May) (Entered: 10/18/2004) |

WG:SPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X    04-1395M

UNITED STATES OF AMERICA

   - against -

JULIO CARRION SANTIAGO,
     also known as "Macho," and

JUAN NUNEZ

        Defendants.

- - - - - - - - - - - - - - - -X

REMOVAL TO THE DISTRICT
OF MASSACHUSETTS

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

       TERRY HANSON, being duly sworn, deposes and states that he is a Task Force Agent with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

       Upon information and belief, on or about October 14, 2004, a warrant was issued by the United States District Court for the District of Massachusetts, commanding the arrest of the defendant JULIO CARRION SANTIAGO, also known as "Macho," pursuant to a complaint charging him with conspiracy to possess with intent to distribute heroin, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

       Upon information and belief, on or about October 15, 2004, a warrant was issued by the United States District Court for the District of Massachusetts, commanding the arrest of the defendant JUAN NUNEZ pursuant to a complaint charging him with conspiracy to possess with intent to distribute heroin, in violation of Title 21, United States Code, Sections 846 and

ATTEST
DATE  OCT 18 2004
ROBERT C. HEINEMANN
CLERK
BY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **04-1395M**
2) Defendant's Name: **Nunez** (Last)  **Juan** (First)  ___ (M.I.)
3) Age: **31**
4) Title: **21**   Section(s): **846/841**
5) Citizen of: **United States**   Needs: **Spanish** Interpreter
6) Arrest Warrant Issued: _____   Date and time of arrest: **10/15/04 5:30am**

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ✓ Yes ___ No   Other District: **Boston DEA**
8) Name of Interpreter used today: **Francisco Olivero**   Language: **Spanish**
9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: **10/15/04 4:10PM**
10) Detention Hearing Held: ___ Bail set at: ___   ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: ___
12) (a) Preliminary Hearing set for: ___ ; or waived: ✓
    (b) Removal Hearing set for: ___ ; or waived: ✓
    (c) Status Conference set for: ___
13) ASSISTANT U.S. ATTORNEY: **Robert Capers**
14) DEFENSE COUNSEL'S NAME: **Richard Palma**
    Address: ___
    Bar Code: ___   CJA: ✓   PDA: ___   RET: ___
    Telephone Number: ( )
15) ESR Tape #: **04-707 (3751-4263)**
16) Other Comments/Rulings: **Committment + Order to District of Massachusetts entered.**

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS ___ DAY OF _____, 20___

                                                              **10/18/2004**

UNITED STATES MAGISTRATE JUDGE **C. HEINEMANN**

                                                              CLERK

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___NEW YORK___

UNITED STATES OF AMERICA

V.

Juan Nunez

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 04-1395M

I, ___Juan Nunez___, understand that in the ___United District___ District of ___Massachusetts___, charges are pending alleging violation of ___21 USC 846___ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing
( ) preliminary examination
( ) identity hearing and have been informed I have no right to a preliminary examination
(✓) identity hearing but request a preliminary examination be held in the prosecuting district

DATED 10/18 20 04
ROBERT C. HEINEMANN
CLERK

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Juan C Nunez
Defendant

Oct 15 2004
Date

[signature]
Defense Counsel

3

# UNITED STATES DISTRICT COURT

Eastern District of New York

| UNITED STATES OF AMERICA<br>V.<br>Juan Nunez | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 04 M 500 | 04-1395M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☑ Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. §  846

**DISTRICT OF OFFENSE**  Dist. of Massachusetts

**DESCRIPTION OF CHARGES:**

Distribution of heroin

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☑ CJA Attorney  ☐ None

**Interpreter Required?**  ☐ No  ☑ Yes  Language: Spanish

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/15/04
Date                Magistrate Judge Joan M. Azrack

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | ATTEST<br>DATED 10/15, 20 04<br>ROBERT C. HEINEMANN | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL<br>CLERK |

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| IN THE CASE OF | _____ V.S. _____ FOR _____ AT _____ | |

| PERSON REPRESENTED (Show your full name) | 1 ☒ Defendant—Adult | DOCKET NUMBERS |
|---|---|---|
| Juan Nunez | 2 ☐ Defendant - Juvenile | Magistrate |
| | 3 ☐ Appellant | |
| | 4 ☐ Probation Violator | District Court |
| | 5 ☐ Parole Violator | |
| CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor | 6 ☐ Habeas Petitioner | Court of Appeals |
| 21 USC 846 | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Joe's Auto Parts - Brooklyn NY
IF YES, how much do you earn per month? $ 1200
IF NO, give month and year of last employment _____
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ unsure
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: Ø
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ Ø

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 6,000
DESCRIPTION: 2000 Chevy Impala

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (SINGLE / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Adonis Nunez, Lisette Pena-Nunez / my children

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 936 |
| Utilities | | $ | $ 40 |
| Court ordered Child Support | | $ | $ 28 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/15/04

DATED: 10/18 20 04
ROBERT C. HICKMANN
CLERK

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Juan C Nunez

| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99) | | | | |
|---|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>EDNY | 2. PERSON REPRESENTED<br>Juan Nunez | | VOUCHER NUMBER | |
| 3. MAG. DKT./DEF. NUMBER<br>04-1395M | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S.A. V. Santiago et al | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC | |

11. OFFENSE(S) CHARGED (Cite US. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

Removal to Massachusetts

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
AND MAILING ADDRESS and social security #_____
RICHARD PALMA, ESQ.
432 Park Avenue South
Suite 700
New York, NY 10016
Telephone Number: 212-686-8111

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel       ☐ C Co—Counsel
☐ F Subs For Federal Defender ☐ R Subs For Retained Atty.
☐ P Subs For Panel Attorney   ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other(See Instructions)

*Robert Levy*

Signature of Presiding Judicial Officer or By Order of the Court
October 15, 2004           10/15/04
Date of Order              Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at the time of appointment. ☐ YES ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach *itemization of* services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. In Court { a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $_____ ) TOTALS: | | | | | |
| 16. Out of Court { a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $_____ ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY PAYEE FOR THE PERIOD OF SERVICE
FROM: _____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court have you or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____                            Date _____

APPROVED FOR PAYMENT—COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APP./CERT |
|---|---|---|---|---|
| | | ROBERT C. HEINEMANN | | |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|  | | CLERK | | |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **04-1395M**
2) Defendant's Name: **Santiago** (Last) **Julio** (First) **C** (M.I.)
3) Age: _____
4) Title: **21** Section(s): **846, 841**
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: **10-14-04** Date and time of arrest: **10-15-04 0230**

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No  Other District: _____
8) Name of Interpreter used today: **Francisco Olivera** Language: _____
9) Arraignment on complaint held: ✓ Yes ___No  Date/Time: **10/15/14**
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: ✓
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: **Robert Capers**
14) DEFENSE COUNSEL'S NAME: **Doug Morris**
    Address: _____
    Bar Code: _____ CJA: ___ PDA: ✓ RET: ___
    Telephone Number: (___) _____
15) ESR Tape #: **04/207 (4263-5124)**
16) Other Comments/Rulings: **Committment & Order to District of Massachusetts entered. Medical Memo Entered.**

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____
DATED **10/18** 20 **04**

ROBERT C. HEINEMANN
UNITED STATES MAGISTRATE JUDGE/CLERK

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

Julio Carrion Santiago

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 04 - 1345M

I, _Julio de Santiago Carrion_, understand that in the _____ District of _Massachusetts_, charges are pending alleging violation of _21 U.S.C. §§846, 841(a)(1)_ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing
( ✓ ) preliminary examination
(   ) identity hearing and have been informed I have no right to a preliminary examination
(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

ATTEST
DATED 10/18 20 04
ROBERT C. HEINEMANN
BY _____ CLERK

_____
Defendant

_10/15/04_
Date

_____
Defense Counsel

# UNITED STATES DISTRICT COURT

Eastern District of New York

UNITED STATES OF AMERICA
V.
Julio Carrion Santiago

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 04-1395M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☑ Complaint   ☐ Other (specify)

charging a violation of   U.S.C. § 21  846

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**
Conspiracy to possess with intent to distribute Heroin

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA Attorney   ☐ None
Interpreter Required?   ☐ No   ☑ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/12/04
Date

Magistrate Judge ~~Joan M. Azrack~~ Robert M. Levy

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | ATTEST DATED 16/... 20 04 ROBERT C. HEINEMANN (BY) DEPUTY MARSHAL CLERK | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | | FOR | | | |
| \_\_\_\_\_ V.S. \_\_\_\_\_ | | AT | | | |

| PERSON REPRESENTED (Show your full name) | | 1 ☑ Defendant—Adult | DOCKET NUMBERS |
|---|---|---|---|
| Julio Carion Santiago | | 2 ☐ Defendant - Juvenile | Magistrate |
| | | 3 ☐ Appellant | |
| | | 4 ☐ Probation Violator | District Court |
| CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony | | 5 ☐ Parole Violator | 020701 |
| | ☐ Misdemeanor | 6 ☐ Habeas Petitioner | Court of Appeals |
| 21 USC 841-846 Consp to Distribute Narc | | 7 ☐ 2255 Petitioner | |
| | | 8 ☐ Material Witness | |
| | | 9 ☐ Other | |

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: \_\_\_\_\_
IF YES, how much do you earn per month? $ \_\_\_\_\_
IF NO, give month and year of last employment
How much did you earn per month? $ 2002
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ \_\_\_\_\_
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ \_\_\_\_\_

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: ? — SOURCES: Odd Jobs

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No    IF YES, state total amount $ \_\_\_\_\_

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE, MARRIED, WIDOWED, SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Julio Angel Santiago, 18 → Puerto Rico; Francesca Santiago, 17

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Monthly Rent
Total Debt: $ \_\_\_\_\_    Monthly Paymt: $ 575

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10-15-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Julio Santiago*

ATTEST TO
DATED ............. 20.....
ROBERT C. HEINEMANN
BY .......... CLERK

(16)